

.U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

May 27, 2026

**BY HAND**

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *United States v. Bryan Cruz Solano,* 26-MJ-1779

Dear Judge Karas:

As the Court is aware, on May 9, 2026, the defendant in the above-referenced case was charged by sealed complaint with one count of sexual exploitation of a child in violation of 18 U.S.C. § 2251(a) and (e). On May 12, 2026, this Court conducted a bail review hearing, during which it orally granted the Government's motion to docket a redacted version of the complaint to protect the identity of the victim. A proposed redacted copy of the complaint is enclosed herewith as Exhibit A. The Government respectfully writes to request that the Court direct the Clerk of Court to unseal the docket in this case and docket a redacted version of the complaint. For similar reasons, the Government respectfully requests that a redacted version of the Government's letter requesting the bail review hearing dated May 11, 2026, be docketed. A proposed redacted copy of the May 11, 2026 letter is enclosed herewith as Exhibit B.

The Government has consulted with defense counsel, who has stated that the defendant does not object to this request.

Very truly yours,

All requests are granted.

So Ordered.

6/16/26

JAY CLAYTON
United States Attorney

by: _____
Anthony P. Ferrara
Assistant United States Attorney
(914) 993-1918

cc:    Elizabeth K. Quinn

Enclosures