**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

The Government's motion (ECF No. 11) to redact portions of the transcript of the May 9, 2026 is GRANTED. The version of the transcript on the public docket shall the be the redacted version submitted by the Government as Exhibit A to this letter motion.

Dated: August 3, 2026

SO ORDERED.

ANDREW E. KRAUSE
United States Magistrate Judge

**VIA ECF AND EMAIL**

The Honorable Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Bryan Cruz Solano*, 26-MJ-1779

Dear Judge Figueredo:

As the Court is aware, on May 9, 2026, the defendant in the above-referenced case was charged by complaint with one count of sexual exploitation of a child in violation of 18 U.S.C. § 2251(a) and (e). On that date, the parties appeared before Your Honor for a presentment and bail hearing. On July 20, 2026, the court reporter filed a Notice of Filing of Official Transcript for the May 9, 2026 proceeding and a sealed copy of the transcript. ECF Nos. 7 & 8. Provided with this letter under seal and via email are: Exhibit A, which is a proposed redacted copy of the transcript, and Exhibit B, which is a version of the transcript with the highlighting indicating the proposed redactions.

The Government respectfully requests that a redacted version of the transcript be filed on the public docket to protect the identity of any victims. The Government proceeds by this letter motion, instead of notice, given the redactions go beyond the categories of information listed in Federal Rule of Criminal Procedure 49.1.

The Government has consulted with defense counsel, who has stated that the defendant does not object to this request.

Very truly yours,

JAMES M. McDONALD
United States Attorney

by: ___________________________
Anthony P. Ferrara
Assistant United States Attorney

cc: Elizabeth Quinn (via ECF and email)